IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   4:16-CR-101 |
| v. | :   (JUDGE MARIANI) |
| DEMETRIUS CATCHING, | : |
| Defendant | : |

## ORDER

AND NOW, THIS 22ND DAY OF OCTOBER, 2024, upon consideration of Defendant's "Petition to Withdraw Plea" (Doc. 118), for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's "Petition" (Doc. 118) is **DENIED**.

_____
Robert D. Mariani
United States District Judge